Date: 12/23/10    *CR # 106*    *RECP # 151641*    Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-22005 - PUTMAN, GABRIEL MILES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| WE Energies<br>333 W Everett St Rm A130<br>ATTN: Bankruptcy Dept<br>Milwaukee, WI 53203 | 000005 | 131.80 | 1.68 |
| ---------- Remittance Total ---------------- | | 131.80 | 1.68 |

*[signature]*
LAUREN A. HELBLING, Trustee

FILED 2011 JAN -6 PM 2:03
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND